SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 92612
Phone: (510) 637-3717
Fax: (510) 637-3724
shashi.kewalramani@usdoj.gov

Attorneys for United States of America

**FILED**
SEP 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. 07-70574 WDB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' APPLICATION TO UNSEAL COMPLAINT AND ALL SUPPORTING DOCUMENTS |
| MICHAEL MARTIN, JESSICA SANDERS, MICHAEL ANDERSON, and DIALLO MCLINN, | |
| Defendants. | |

The United States hereby moves this Court to unseal the Affidavit of DEA Special Agent William Todd Armstrong in support of the criminal complaint, the criminal complaint and all attachments, and the Court's Order. Because three of the defendants were arrested on September 26, 2007, there is no need to maintain the documents under seal.

DATED: September 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney