```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 07-70574

13      v.                          EX PARTE REQUEST
                                    FOR TRAVEL ORDER
14  MICHAEL MARTIN,

15          Defendant.
    _____/
16

17       COMES NOW defendant, through counsel, and hereby requests

18  permission to travel outside the Northern District of

19  California.  In support of said request, counsel declares:

20       I am an attorney licensed to practice in the State of

21  California and before this court, and I am one of the attorneys

22  of record for defendant Michael Martin in this matter.

23       Mr. Martin wishes to attend a NORML conference in Los

24  Angeles, a political and legal event.  He will drive, leaving

25  October 10 and returning October 13, 2007.  He will be staying

26  at 1759 Silverlake Boulevard, Los Angeles CA 90026, telephone

27  323/326-6347.

28       Neither Assistant United States Attorney Shashi Kewalramani
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1  nor Pretrial Services Officer Hence Williams has an objection to
2  Mr. Martin's requested travel.
3       It is therefore respectfully requested that Mr. Martin be
4  allowed to travel as indicated.
5       I declare under penalty of perjury that the foregoing is
6  true and correct, and that this declaration is executed on
7  October 5, 2007, at San Francisco, California.

                                               /s/ SARA ZALKIN
                                               SARA ZALKIN
                                               Attorney for Defendant
                                               MICHAEL MARTIN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331