UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,            CR 07-70574 WDB

   v.                         **TRAVEL ORDER**

MICHAEL MARTIN,

       Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that defendant may travel outside the Northern District of California from the period of October 10-13, 2007, to attend the NORML conference in Los Angeles.

    Dated:

                                   WAYNE D. BRAZIL
                                   Magistrate Judge
                                   United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331