```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 07-70574 WDB

13      v.                          AMENDED EX PARTE REQUEST
                                    FOR TRAVEL ORDER
14  MICHAEL MARTIN,

15          Defendant.
                                    /
16

17      COMES NOW defendant, through counsel, and hereby requests

18  permission to travel outside the Northern District of

19  California.  In support of said request, counsel declares:

20      I am an attorney licensed to practice in the State of

21  California and before this court, and I am one of the attorneys

22  of record for defendant Michael Martin in this matter.

23      Mr. Martin wishes to attend a NORML conference in Los

24  Angeles, a political and legal event.  Because his car is not

25  working properly, Mr. Martin will fly.  He has made the

26  following reservations:  Southwest Airlines Flight #706,

27  departing Oakland October 11 at 8:30 a.m.; returning October 13,

28  Southwest Airlines Flight #2050, leaving Burbank at 5:25 p.m.
```

1   He will be staying at 1759 Silverlake Boulevard, Los
2 Angeles CA 90026, telephone 323/326-6347.
3   Neither Assistant United States Attorney Shashi Kewalramani
4 nor Pretrial Services Officer Hence Williams has an objection to
5 Mr. Martin's requested travel.
6   It is therefore respectfully requested that Mr. Martin be
7 allowed to travel as indicated.
8   I declare under penalty of perjury that the foregoing is
9 true and correct, and that this declaration is executed on
10 October 9, 2007, at San Francisco, California.
11
12                                  /s/ SARA ZALKIN
                                    SARA ZALKIN
13                                  Attorney for Defendant
                                    MICHAEL MARTIN
14
...
28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2