```
                                        FILED
                                       OCT 09 2007
                                     RICHARD W. WIEKING
                                  CLERK, U.S. DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA
                                          OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MARTIN,

    Defendant.

CR 07-70574 WDB

**TRAVEL ORDER**

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that defendant may travel outside the Northern District of California from the period of October 10-13, 2007, to attend the NORML conference in Los Angeles.

Dated: 10-9-07

WAYNE D. BRAZIL
Magistrate Judge
United States District Court