```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 07-70574 WDB

13      v.                          EX PARTE REQUEST
                                    FOR ORDER PERMITTING DEFENDANT
14  MICHAEL MARTIN,                 TO USE MARINOL AS PRESCRIBED

15          Defendant.
    _____/
16

17      COMES NOW defendant, through counsel, and hereby requests

18  express permission to use Marinol, a synthetic version of

19  tetrahydrocannabinol (THC), which is approved by the Food and

20  Drug Administration (FDA).  In support of said request, counsel

21  declares:

22      I am an attorney licensed to practice in the State of

23  California and before this court, and I am one of the attorneys

24  of record for defendant Michael Martin in this matter.

25      Dr. Eugene Schoenfeld prescribed Marinol for use by Mr.

26  Martin.  Hence Williams of United States Pretrial Services has

27  no objection to Mr. Martin using Marinol on pretrial release,

28  but asked counsel to request permission from the court as
```

1  Marinol resembles THC in its chemical profile (Marinol is the
2  trade name for dronabinol, an analog of THC).
3       Shashi Kewalramani, Assistant United States Attorney, has
4  no objection to Mr. Martin's request.
5       It is therefore respectfully requested that Mr. Martin be
6  allowed to use Marinol as prescribed.
7       I declare under penalty of perjury that the foregoing is
8  true and correct, and that this declaration is executed on
9  October 17, 2007, at San Francisco, California.
10
11                              /s/ SARA ZALKIN
                                SARA ZALKIN
12                              Attorney for Defendant
                                MICHAEL MARTIN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12         Plaintiff,              CR 07-70574 WDB

13      v.                         ORDER GRANTING EX PARTE REQUEST
                                   FOR ORDER PERMITTING DEFENDANT
14  MICHAEL MARTIN,                TO USE MARINOL AS PRESCRIBED

15         Defendant.
                                 /
16

17     GOOD CAUSE APPEARING, it is hereby ordered that Michael

18  Martin be allowed to use Marinol as prescribed.

19     SO ORDERED.

20     Dated:

21

22                                 _____
                                   HONORABLE WAYNE D. BRAZIL
23                                 U.S. DISTRICT COURT JUDGE
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331