1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,

12         Plaintiff,              CR 07-70574 WDB

13     v.
                                   **EX PARTE REQUEST TO MODIFY**
14 MICHAEL MARTIN,                 **PRETRIAL RELEASE CONDITIONS**

15         Defendant.
   _____/

17     COMES NOW defendant, through counsel, and hereby requests
18 modification of conditions of release to allow travel throughout
19 the various districts located in the State of California, with
20 permission from United States Pretrial Services.

21     In support of said request, counsel declares:

22     I am an attorney licensed to practice in the State of
23 California and before this court, and I am one of the attorneys
24 of record for defendant Michael Martin in this matter.

25     Mr. Martin already has business opportunities in the
26 Eastern District of California and anticipates additional
27 opportunities arising in southern California as well.
28 Specifically, Mr. Martin leases an inflatable device for

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1  children's parties and events known as a "Bouncy House" that he
2  rents for such occasions.
3     The requested modification would conserve judicial
4  resources by avoiding repeated requests for permission to travel
5  within California while this matter is pending.
6     Hence Williams of United States Pretrial Services has no
7  objection and, in fact, suggested the requested modification.
8  Shashi Kewalramani, counsel for the government, likewise has no
9  objection.
10     It is therefore respectfully requested that Mr. Martin's
11  conditions of pretrial release be modified as indicated.
12     I declare under penalty of perjury that the foregoing is
13  true and correct, and that this declaration is executed on
14  October 31, 2007, at San Francisco, California.

16                                  /s/ SARA ZALKIN
                                    SARA ZALKIN
17                                  Attorney for Defendant
                                    MICHAEL MARTIN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2