UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,           4-07-70574 WDB

  v.                      **ORDER MODIFYING**
                            **PRETRIAL CONDITIONS**

MICHAEL MARTIN,

    Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that defendant's pretrial release conditions are modified to allow defendant to travel within the State of California with prior permission of Pretrial Services.

    Dated: November 5, 2007

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331