```
1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>   v.<br>MICHAEL MARTIN, et al.,<br>   Defendants. | CR 07-70574 WDB<br><br>**THIRD STIPULATION TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT WITH RESPECT TO PRELIMINARY HEARING AND FILING OF FURTHER CHARGING DOCUMENTS** |

This matter is scheduled for preliminary hearing or arraignment on Friday, December 14, 2007 at 10:00 a.m.

The government provided as discovery over 1,400 pages of documents during the month of October. In early November, the government provided 10 CD-ROMs containing photographs and video recordings.

Additional discovery was produced as recently as December 5, 2007, consisting of further DEA-6 reports.

The parties have previously agreed and so stipulated to waive time for the preliminary hearing in order for counsel to have sufficient time to review the discovery and evaluate the prospect of pre-indictment resolution.

1  The parties had scheduled a meeting wherein counsel for all
2 parties would meet and confer.
3  However, the meeting did not go forward as planned, and as
4 of the time of writing, the parties are attempting to
5 reschedule.
6  The exclusion of additional time will facilitate the
7 prospect of meaningful discussions which could obviate the need
8 to consume judicial and public resources as well as some of the
9 defendants' resources with respect to investigation and
10 litigation of motions in preparation for trial.
11  In light of the foregoing, all of the defendants agree to
12 waive the necessary additional time pursuant to Fed.R.Crim.P. 5
13 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-
14 liminary hearing be extended to January 23, 2008 at 10:00 a.m.
15  All of the defendants are out of custody on bond.
16 Defendants each have consulted with their attorneys and
17 understand that they have the right to a preliminary hearing or
18 that further charging documents be presented and filed with the
19 Court on the day of or before said preliminary hearing.
20 Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and
21 voluntarily waive their rights to a preliminary hearing on
22 December 14, 2007, and agree to extend the time for preliminary
23 hearing until January 23, 2008.  The parties also agree that
24 good cause exists to grant the extension in light of the ongoing
25 discovery process and for the effective preparation of counsel
26 for the defendants.
27  The parties jointly request that the time between December
28 14, 2007, and January 23, 2008, be excluded under the Speedy

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

1  Trial Clock to allow defendants' counsel to review any
2  additional discovery and effectively prepare, taking into
3  account the exercise of due diligence.  See 18 U.S.C. §§
4  3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
5  "ends of justice served by the granting of such continuance
6  outweigh the best interests of the public and the defendant[s]
7  in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
8       Dated:  December 11, 2007
9  SCOTT N. SCHOOLS
   United States Attorney
10
11 /s/ SHASHI KEWALRAMANI
   H.H. (SHASHI) KEWALRAMANI
12 Assistant United States Attorney
   Attorney for the United States
13
14 /s/ SARA ZALKIN                    /s/
   SARA ZALKIN                        MICHAEL MARTIN
15 Attorney for MICHAEL MARTIN        Defendant
16
   /s/ RANDOLPH E. DAAR               /s/
17 RANDOLPH E. DAAR                   JESSICA SANDERS
   Attorney for JESSICA SANDERS       Defendant
18
19 /s/ JEROME MATTHEWS                /s/
   JEROME MATTHEWS                    MICHAEL ANDERSON
20 Attorney for MICHAEL ANDERSON      Defendant
21
   /s/  TED CASSMAN                   /s/
22 TED CASSMAN                        DIALLO McLINN
   LAUREL HEADLEY                     Defendant
23 Attorneys for DIALLO McLINN
24
25
26
27
28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331