1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,          4-07-70574 WDB

9          Plaintiff,                 ORDER GRANTING FOURTH
                                       STIPULATION TO WAIVE TIME UNDER
10     v.                              SPEEDY TRIAL ACT AND FOR
                                       PRELIMINARY HEARING
11 MICHAEL MARTIN, et al.,

12         Defendant.
   _____/

13

14      Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. §

15 3161(h)(8), the parties in this matter have filed a Fourth

16 Stipulation to Waive Time Under the Speedy Trial Act and for

17 Preliminary Hearing, seeking to waive and extend the time for

18 the preliminary hearing and to exclude the time between January

19 29, 2008, through February 26, 2008, from the Speedy Trial

20 Clock.  The stipulation was signed by counsel of record as well

21 as the defendants such that the defendants are knowingly and

22 voluntarily waiving their rights to a preliminary hearing on

23 January 29, 2008, and extending the preliminary hearing until

24 February 26, 2008.

25      Good cause appearing therefor,

26      **IT IS HEREBY ORDERED** that the period between January 29,

27 2008, and February 26, 2008, is excluded from the Speedy Trial

28 Clock to allow counsel to effectively prepare, taking into

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  account the exercise of due diligence.  18 U.S.C. §

2  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice

3  served by the granting of such continuance outweigh[s] the best

4  interests of the public and the defendant in a speedy trial."

5  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that

6  the defendants knowingly and voluntarily waived the period

7  between January 29, 2008, and February 26, 2008, such that

8  preliminary hearing is now scheduled for February 26, 2008, at

9  10:00 a.m.

10       Dated: January 25, 2008

11

12                                        _____

13                                        WAYNE D. BRAZIL, Judge
                                          United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331